**Entered on Docket**
**April 09, 2013**
**GLORIA L. FRANKLIN, CLERK**
**U.S BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**Signed and Filed: April 8, 2013**

_Dennis Montali_

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Bankruptcy Case |
| | ) No. 12-12398DM |
| HEIDI JOY McCARTHY, | ) |
| | ) Chapter 7 |
|           Debtor. | ) |
| _____ | ) |
| TIMOTHY W. HOFFMAN, Chapter 7 | ) |
| Trustee for the Estate of | ) Adversary Proceeding |
| Heidi Joy McCarthy, | ) No. 12-3144DM |
| | ) |
| | ) |
|           Plaintiff, | ) |
| | ) ORDER OF DISMISSAL UPON |
| v. | ) SETTLEMENT OF ADVERSARY |
| | ) PROCEEDING |
| SCOTT McCARTHY; BAUFINANZ | ) |
| INVESTMENTS LIMITED; and | ) |
| HEIDI JOY McCARTHY, | ) |
| | ) |
|           Defendants. | ) |
| _____ | ) |

The Court having been advised by the counsel for the parties that the above-entitled adversary proceeding has been settled, and

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this adversary proceeding is hereby dismissed without costs and without prejudice to the right, upon good cause shown, to reopen the proceeding if settlement is not consummated.

**END OF ORDER**

-1-

-2-